IN THE UNITED STATES COURT OF APPEALS

FOR THE DISTRICT OF COLUMBIA CIRCUIT

|  |  |
|---|---|
| SIERRA CLUB, | ) ) ) |
| Petitioner, | ) ) |
| v. | ) No. 14-1249 ) |
| FEDERAL ENERGY REGULATORY COMMISSION, | ) ) ) ) |
| Respondent. | ) ) ) |

**PETITIONER'S NON-BINDING STATEMENT
OF ISSUES TO BE RAISED**

Pursuant to the Court's November 20, 2014 Order in this matter, Petitioner Sierra Club submits this non-binding Statement of Issues to be Raised. Petitioner challenges (1) Order of the Federal Energy Regulatory Commission ("FERC") entered on February 20, 2014 146 FERC ¶ 61,117 and titled "Order Amending Section 3 Authorization"; and (2) FERC's denial of Petitioner' request for rehearing of this Order, entered on September 18, 2014 at 148 FERC ¶ 61,200 and titled "Order Denying Rehearing" (collectively "Orders"). The issues raised by this challenge include, but are not limited to:

1. Whether the Orders violate the National Environmental Policy Act ("NEPA") because FERC failed to examine the environmental effects of the "baseline" or "no action alternative," without which FERC could not assess the impacts of the proposed project. 42 U.S.C. § 4332(E); 40 C.F.R. §§ 1502.14(d), 1508.9.

2. Whether the Orders violate NEPA because they do not acknowledge or discuss numerous direct or nearby indirect adverse environmental impacts of the proposed action, including:

> a. Increased air emissions from pipeline gas pretreatment activities.
>
> b. Increased environmental effects from compressor stations and other pipeline equipment necessary to deliver increased gas volumes to the terminal site.
>
> c. Increases in shipping traffic needed to transport increased volumes of LNG from the project site.

3. Whether the Orders violate NEPA because they fail to take a hard look at various connected and cumulative actions, including pipeline modifications connected with the Sabine Pass LNG terminal and proposals to construct liquefaction trains 5 and 6 at the terminal site. 40 C.F.R. §§ 1508.25(a)(1), 1508.25(a)(2), 1508.7.

4.     Whether FERC failed to consult or coordinate with the Department of Energy or explain why it did not do so, in violation of NEPA and the Natural Gas Act.  15 U.S.C. § 717n, 10 C.F.R. § 1021.342.

5.     Whether FERC wrongly concluded that inducement of production was not reasonably foreseeable and, therefore, violated NEPA by failing to analyze the project's indirect effects on gas production and pricing, including inducement of additional natural gas production and increases in domestic coal consumption that will result from higher gas prices. *Mid States Coalition for Progress v. Surface Transportation Board*, 345 F.3d 520 (8th Cir. 2003); *N.Plains Resource Council v. Surface Transp. Bd.*, 668 F.3d 1067, 1081-82 (9th Cir. 2011); *Scientists' Inst. for Pub. Info., Inc. v. Atomic Energy Comm'n*, 481 F.2d 1079, 1092 (D.C. Cir. 1973); *City of Shoreacres v. Waterworth*, 420 F.3d 440, 453 (5th Cir. 2005).

6.     Whether an Environmental Impact Statement was required.  *Klamath Siskiyou Wildlands Ctr. v. Boody*, 468 F.3d 549, 561-62 (9th Cir. 2006).

Respectfully submitted on December 22, 2014.

By:   */s/ Deborah A. Sivas*
Deborah A. Sivas (Cal. Bar No. 135446)
Alicia E. Thesing (Cal. Bar No. 211751)
Matthew J. Sanders (Cal. Bar No. 222757)
ENVIRONMENTAL LAW CLINIC
Mills Legal Clinic at Stanford Law School
559 Nathan Abbott Way
Stanford, California  94305
Telephone:  (650) 723-0325
Email:  dsivas@stanford.edu

>Michael Robinson-Dorn (Cal. Bar. No. 159507)*
>Environmental Law Clinic
>University of California, Irvine School of Law
>401 E. Peltason Drive, Suite 4500
>P.O. Box 5479
>Irvine, California  92616-5479
>Telephone:  (949) 824-1043
>Email: mrobinson-dorn@law.uci.edu
>
>Nathan Matthews (Cal. Bar No. 264248)
>Sierra Club Environmental Law Program
>85 Second St., 2d Fl.
>San Francisco, California  94105
>Telephone: (415) 977-5695
>Email: nathan.matthews@sierraclub.org
>
>Attorneys for Petitioner SIERRA CLUB

* Application to D.C. Circuit pending

Sierra Club v. FERC                                FERC Docket No. CP14-12-000
D.C. Cir. No. 14-1249

# CERTIFICATE OF SERVICE

In accordance with Fed. R. App. P. 24(d) and the Court's Administrative Order Regarding Electronic Case Filing, I hereby certify that I have, this 22nd day of December, 2014, served the foregoing upon the counsel listed in the Service Preference Report via email through the Court's CM/ECF system or via U.S. Mail, as indicated below:

Stacy Linden
Ben Norris
American Petroleum Institute
1220 L. Street, N.W.
Washington, D.C. 20005
Email (lindens@api.org)
U.S. Mail (Ben Norris)

Catherine E. Stetson
Janna R. Chesno
Hogan Lovells US LLP
555 Thirteenth Street, N.W.
Washington, D.C. 20004
Email

Karin L. Larson
Robert H. Solomon
Federal Energy Regulatory Commission
888 First Street, N.E.
Washington, D.C. 20426
Email

Lisa M. Tonery
Charles R. Scott
Fulbright & Jaworski LLP
666 Fifth Avenue
New York, N.Y. 10103-3198
Email

Jonathan S. Franklin
Fulbright & Jaworski LLP
801 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2623
Email

/s/ *Deborah A. Sivas*
Deborah A. Sivas