# United States Court of Appeals

### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 14-1249**                                      **September Term, 2015**

**FERC-CP14-12-000**
**FERC-CP14-12-001**

**Filed On: November 5, 2015** [1582220]

Sierra Club,

        Petitioner

    v.

Federal Energy Regulatory Commission,

        Respondent

-----------------------------

American Petroleum Institute, et al.,
        Intervenors

## O R D E R

It is **ORDERED**, on the court's own motion, that the following times are allotted for the oral argument of this case scheduled for November 13, 2015, at 9:30 A.M.:

| | | |
|---|---|---|
| Petitioner | - | 20 Minutes |
| Respondent | - | 15 Minutes |
| Intervenors | - | 5 Minutes (to be divided as they see fit) |

The panel considering this case will consist of Circuit Judges Rogers, Griffith, and Millett.

Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by November 9, 2015.

### Per Curiam

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/
      Michael C. McGrail
      Deputy Clerk

The following forms and notices are available on the Court's website:

Notification to the Court from Attorney Intending to Present Argument (Form 72)